

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

### MEMORANDUM

TO: Jim Molinelli, Miscellaneous Clerk

FROM: Adam Pakula, United States Probation Officer

RE: John Phillip Riofrio

DATE: February 6, 2008

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On December 14, 2000, the above-named individual was sentenced in the Southern District of Texas outlined in the attached J & C.

On January 23, 2008, we received the Prob. 22's endorsed by the Honorable Sim Lake, U.S. District Court Judge, ordering Mr. Riofrio's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5171.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: Adam Pakula
Adam Pakula
U.S. Probation Officer

